UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. **ALVIN HUTCHINSON, a/k/a "BIG AL,"**
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

---

## ORDER RESCHEDULING HEARING

THIS MATTER came before the Court on the Motion to Reschedule Hearing on Motions to Sever **(#361)** filed November 22, 2005 by Defendant Alvin Hutchinson. Having reviewed the Motion, the Court

**FINDS** that good cause exists for granting the relief requested.

**IT IS THEREFORE ORDERED** that:

The hearing on Motions to Sever previously set for March 31, 2006 is **hereby reset to May 1, 2006 at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 3rd day of March 2006.

BY THE COURT:

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge