UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. **ALVIN HUTCHINSON, a/k/a "BIG AL,"**
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

        Defendants.

___

## EX PARTE ORDER FOR ISSUANCE
## OF A SUBPOENA IN FORMA PAUPERIS
___

THIS MATTER coming to the attention of the Court on the Motion **(#515)** of the above-named defendant for an Order that a subpoena be issued in forma pauperis, it is therefore,

ORDERED AS FOLLOWS:

1. That the said motion be granted.

2. That the Clerk of the Court issue the subpoenaes for the appearance of the

witnesses named to appear in court for a motions hearing set for **March 29, 2006 at 8:30 a.m.**, as follows:

SUBPOENA

1) Deputy Alex Kondos
   Adams County Sheriff's Department
   4201 E. 72nd Avenue
   Commerce City, CO 80022
   720/322-1145

2) Deputy Catherine Wild
   Adams County Sheriff's Department
   332 N. 19th Avenue
   Brighton, CO 80601
   303/654-1850

3) Deputy Paul Gregory
   Adams County Sheriff's Department
   4201 E. 72nd Avenue
   Commerce City, CO 80022
   720/322-1145

4) Deputy Jeremy Whytock
   Adams County Sheriff's Department
   4201 E. 72nd Avenue
   Commerce City, CO 80022
   720/322-1145

5) Darci H. Hacker
   5545 Federal Blvd #B
   Denver, CO 80221

3.  That an Investigator or member of the Office of the Federal Public Defender or the United States Marshal for the District of Colorado be permitted to serve the subpoenaes issued herein.

4.	That the witnesses' fees, mileage and subsistence of said witnesses be paid by the United States Marshal and taxed as costs in favor of the United States.

DATED this 20th day of March 2006.

**BY THE COURT:**

*/s/ Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge