UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. **ALVIN HUTCHINSON, a/k/a "BIG AL,"**
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

**ORDER AND NOTICE OF RULE 702 HEARING**

**IT IS HEREBY ORDERED** that a Rule 702 Hearing will be held on **July 13, 2006** at **8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado regarding Defendant Alvin Hutchinson's Motion Re: Fed. R. Evid. 702 and Agent Villaruel **(#753)**.

Dated this 27th day of June 2006.

                              **BY THE COURT:**

                              *[signature]*

                              Marcia S. Krieger
                              United States District Judge