UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     LEE ARTHUR THOMPSON, a/k/a "LT,"
2.     **ALVIN HUTCHINSON, a/k/a "BIG AL,"**
3.     JORGE BANUELOS,
4.     CECILIA LOZANO,
5.     DENISE GUTIERREZ,
6.     KENNETH PRIEN, a/k/a "KENNY,"
7.     RONALD DEAN DEHERRERA, a/k/a "DINO,"
8.     WILLIAM L. GLADNEY, a/k/a "L,"
9.     STEVEN LAMONT ELLIS,
10.   JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11.   JESSICA CRUTHERS,
12.   PAUL ROSE, JR.,
13.   DAVID ZAMORA,
14.   STEVE ZAMORA, and
15.   MILTON A. YON,

       Defendants.

---

## ORDER RESCHEDULING 702 HEARING

---

The Rule 702 Hearing (**#758**) set for July 13, 2006 is hereby reset to **September 5, 2006**

**at 1:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901,

Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 28th day of June 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge