UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  LEE ARTHUR THOMPSON, a/k/a "LT,"
2.  **ALVIN HUTCHINSON, a/k/a "BIG AL,"**
3.  JORGE BANUELOS,
4.  CECILIA LOZANO,
5.  DENISE GUTIERREZ,
6.  KENNETH PRIEN, a/k/a "KENNY,"
7.  RONALD DEAN DEHERRERA, a/k/a "DINO,"
8.  WILLIAM L. GLADNEY, a/k/a "L,"
9.  STEVEN LAMONT ELLIS,
10.  JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11.  JESSICA CRUTHERS,
12.  PAUL ROSE, JR.,
13.  DAVID ZAMORA,
14.  STEVE ZAMORA, and
15.  MILTON A. YON,

  Defendants.

## ORDER AND NOTICE OF HEARING

**IT IS ORDERED** that a final trial preparation conference for Defendant Alvin Hutchinson is set for **September 5, 2006 at 2:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 3rd day of August, 2006.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge