UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     LEE ARTHUR THOMPSON, a/k/a "LT,"
**2.     ALVIN HUTCHINSON, a/k/a "BIG AL,"**
3.     JORGE BANUELOS,
4.     CECILIA LOZANO,
5.     DENISE GUTIERREZ,
6.     KENNETH PRIEN, a/k/a "KENNY,"
7.     RONALD DEAN DEHERRERA, a/k/a "DINO,"
8.     WILLIAM L. GLADNEY, a/k/a "L,"
9.     STEVEN LAMONT ELLIS,
10.    JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11.    JESSICA CRUTHERS,
12.    PAUL ROSE, JR.,
13.    DAVID ZAMORA,
14.    STEVE ZAMORA, and
15.    MILTON A. YON,

       Defendants.

---

**ORDER DIRECTING SUBMISSION OF
EXHIBITS TO JURY QUESTIONNAIRE**

---

A jury questionnaire will be used during the jury selection process with regard to the trial

of Defendant Alvin Hutchinson commencing on September 11, 2006.  Attached to this Order is a

copy of the questionnaire that will be used.  The questionnaire refers to Exhibits A and B in

Questions 29 and 30.  Although the Court received such exhibits for the trial of Mr. Hutchinson's

co-defendants, it has not received them with respect to the upcoming trial.

**IT IS THEREFORE ORDERED** that counsel for the Government and for Mr.

Hutchinson shall jointly submit Exhibits A and B to the chambers e-mail account,

krieger_chambers@cod.uscourts.gov, no later than August 30, 2006.

Dated this 24th day of August, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge