UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   LEE ARTHUR THOMPSON, a/k/a "LT,"
2.   **ALVIN HUTCHINSON, a/k/a "BIG AL,"**
3.   JORGE BANUELOS,
4.   CECILIA LOZANO,
5.   DENISE GUTIERREZ,
6.   KENNETH PRIEN, a/k/a "KENNY,"
7.   RONALD DEAN DEHERRERA, a/k/a "DINO,"
8.   WILLIAM L. GLADNEY, a/k/a "L,"
9.   STEVEN LAMONT ELLIS,
10.  JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11.  JESSICA CRUTHERS,
12.  PAUL ROSE, JR.,
13.  DAVID ZAMORA,
14.  STEVE ZAMORA, and
15.  MILTON A. YON,

      Defendants.

## ORDER NOTIFYING PARTIES OF JURY QUESTIONNAIRE PROCEDURE

The Court hereby notifies the parties that the following procedure will be used with regard to the jury questionnaires for the trial of Defendant Hutchinson scheduled to commence on September 11, 2006.

Prospective jurors will report to the courthouse on September 5, 2006, to complete the questionnaires. The attorneys or their representatives shall contact the jury clerk, Joann Garcia, at (303) 335-2049 to make arrangements to review the questionnaires at the courthouse. If the

parties all agree that a particular juror or jurors should be excused for cause, they shall jointly file a motion to excuse such juror or jurors. All other challenges to the jurors are to be raised on the first day of trial during *voir dire*.

**IT IS SO ORDERED**.

Dated this 30th day of August, 2006

BY THE COURT:

Marcia S. Krieger
United States District Judge