UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. **ALVIN HUTCHINSON, a/k/a "BIG AL,"**
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

        Defendants.

## ORDER SETTING MOTIONS FOR HEARING

THIS MATTER comes before the Court on the Adams County Department of Social Services' Motion for an In-Camera Inspection and Review of Two Child Welfare Cases **(#880)** and upon the Jefferson County Department of Social Services' Motion to Quash Subpoena in a Criminal Case or for In Camera Review of Records **(#882)**.

**IT IS ORDERED** that both motions will be heard at the final pretrial conference set for September 5, 2006 at 2:00 p.m, in Courtroom A901 of the United States Courthouse located at

901 19th Street, Denver, Colorado.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this Order on counsel for the Adams County Department of Social Services and the Jefferson County Department of Social Services.

Dated this 30th day of August, 2006

**BY THE COURT:**

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge