UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. **ALVIN HUTCHINSON, a/k/a "BIG AL,"**
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

       Defendants.

## ORDER DIRECTING RESPONSE AND SETTING HEARING

Upon receipt of Defendant Hutchinson's Motion to Continue Jury Trial **(#900)** filed September 6, 2006,

**IT IS ORDERED** that:

(1) The Government shall file a response to the motion by close of business on **September 7, 2006.**

(2) The motion will be heard at **10:00 a.m.** on **Monday, September 11, 2006** in

Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

Dated this 6th day of September, 2006

           **BY THE COURT:**

           Marcia S. Krieger
           United States District Judge