**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: LaDonne Bush          Date: April 30, 2007
Court Reporter:  Paul Zuckerman
Probation Officer: Dee Clark

Criminal Action No. 05-cr-00141-MSK-2

*Parties*:                                          *Counsel*:

UNITED STATES OF AMERICA,           Jaime Pena
                                                    Gregory Rhodes
          Plaintiff,

v.

2.  ALVIN HUTCHINSON,                  Robert Pepin

          Defendant.

## SENTENCING MINUTES

**11:08 a.m.     Court in session**.

Defendant present on bond.

**Defendant found guilty on January 12, 2007, of Counts 1, 2, 3 7, 9, 11, 12 and 14 of the Second Superseding Indictment.**

Defendant disputes the facts contained in the presentence report.

Defendant disputes the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

Defendant contends that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution.  Statements made by defense counsel, the defendant and the Government.
After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER**: Motion for Variance Pursuant to 18 U.S.C. 3553(a) (Doc. 1251) is denied.

**ORDER:**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Hearing on Motion for Return of Property (1253) is set at 4:00 p.m. on May 2, 2007.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:23 p.m.    Court in recess.**

Total Time: 01:15
Hearing concluded.