# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover               Date: May 2, 2007
Court Reporter:    Paul Zuckerman

Criminal Action No. 05-cr-00141-MSK

*Parties*:                                       *Counsel Appearing*:

UNITED STATES OF AMERICA,                        Jaime Pena
                                                 Gregory Rhodes

      Plaintiff,

v.

2. ALVIN HUTCHINSON,                             Robert Pepin

      Defendant.

## COURTROOM MINUTES

HEARING:   Motion for Return or Property (#1253)

**4:05 p.m.   Court in session**.

Defendant present in custody.

Argument by Mr. Pena.

Argument by Mr. Pepin.

**ORDER:**   Defendant's Motion for Return of Property **(Doc. #1253)** is **DENIED** without prejudice. The Court directs the Government to institute a civil forfeiture action within 30 days.

**ORDER:**   Defendant is remanded to the care and custody of the United States Marshal Service.

**4:33 p.m.   Court in recess.**

**Total Time:   28 minutes**
**Hearing concluded.**